UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-159

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THANG LIAN MANG,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Unopposed Motion to Extend Rule 12(b)(1)-(3) Motions Deadline. The Court notes that the government does not oppose this motion. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Unopposed Motion to Extend Rule 12(b)(1)-(3) Motions Deadline (#15) is **GRANTED**. Defendant shall have up to and inclusive of March 6, 2018 to file pretrial motions under Rule 12(b)(1)-(3).

Signed: February 28, 2018

Max O. Cogburn Jr
United States District Judge

1