UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cr-159-MOC-WCM-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THANG LIAN MANG,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's "Motion under Rule 60(b) for Ruling Regarding Federal Concurrent/Consecutive Sentence." (Doc. No. 32). Defendant seeks a clarification from this Court as whether his federal sentence should run concurrent to a later-imposed state sentence.[1]

In 2018, Defendant pleaded guilty to receiving or possessing an unregistered firearm. On August 31, 2018, this Court sentenced Defendant to 33 months of imprisonment. According to Defendant, he was subsequently sentenced in state court and is serving a state court sentence.

Defendant's judgment in this action is silent as to whether his federal sentence is to run concurrent to any state sentence. When multiple terms of imprisonment are imposed at different times, as here, the terms are presumed to run consecutively unless the court orders otherwise. 18

---

[1] The Court previously construed Defendant's original motion as a motion for credit for time served, and the Court entered an Order denying the motion and instructing Defendant that he must seek relief by filing a 28 U.S.C. § 2241 petition in his district of confinement. (Doc. No. 31). Defendant has now filed the pending motion, stating that he is seeking a ruling on whether his federal and state sentences are to be served concurrently or consecutively.

-1-

U.S.C. § 3584(a).  To the extent Defendant seeks a modification of his sentence to reflect that the federal sentence is to run concurrent with any state sentence, this Court lacks the authority to do so.  See 18 U.S.C. § 3582(c).

Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's "Motion under Rule 60(b) for Ruling Regarding Federal Concurrent/Consecutive Sentence," (Doc. No. 32), is **DENIED**.

Signed: October 13, 2020

Max O. Cogburn Jr.
United States District Judge